FILED

2015 AUG 12 PM 1:09

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

TEQUAN ANTHONY JOSEPH

CASE NO. 3:15-cr-116-J-34 MCR
Cts. 1-6: 18 U.S.C. §§ 922(a)(6) & 924(a)(2)
Forfeiture: 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 13, 2013, in Duval County, in the Middle District of Florida,

**TEQUAN ANTHONY JOSEPH,**

the defendant herein, acquired a firearm, specifically, a Glock, model 30SF, .45 caliber pistol, serial number TSU253, from a federally licensed firearms dealer, namely, Shooters of Jacksonville, Inc., during which acquisition, the defendant made false or fictitious written statements intended or likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 11.a. on ATF Form 4473 which asks, "Are you the actual buyer of the firearm(s) listed on

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U.S. DISTRICT COURT
By: _____
Deputy Clerk

this form?" when in fact the defendant was buying the firearm on behalf of someone else.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

On or about August 8, 2013, in Duval County, in the Middle District of Florida,

TEQUAN ANTHONY JOSEPH,

the defendant herein, acquired a firearm, specifically, a Beretta, model PX4, .40 caliber pistol, serial number PY94843, from a federally licensed firearms dealer, namely, Shooters of Jacksonville, Inc., during which acquisition, the defendant made false or fictitious written statements intended or likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 11.a. on ATF Form 4473 which asks, "Are you the actual buyer of the firearm(s) listed on this form?" when in fact the defendant was buying the firearm on behalf of someone else.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE

On or about August 15, 2013, in Duval County, in the Middle District of Florida,

TEQUAN ANTHONY JOSEPH,

the defendant herein, acquired a firearm, specifically, a Glock, model 20, 10mm pistol, serial number TER154, from a federally licensed firearms dealer, namely, Shooters of Jacksonville, Inc., during which acquisition, the defendant made false or fictitious written statements intended or likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 11.a. on ATF Form 4473 which asks, "Are you the actual buyer of the firearm(s) listed on this form?" when in fact the defendant was buying the firearm on behalf of someone else.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR

On or about August 30, 2013, in Duval County, in the Middle District of Florida,

TEQUAN ANTHONY JOSEPH,

the defendant herein, acquired firearms, specifically, an HS Products, model XDM, .40 caliber pistol, serial number MG287126, imported by Springfield Armory, Inc.,

from a federally licensed firearms dealer, namely, Shooters of Jacksonville, Inc., during which acquisition, the defendant made false or fictitious written statements intended or likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 11.a. on ATF Form 4473 which asks, "Are you the actual buyer of the firearm(s) listed on this form?" when in fact the defendant was buying the firearms on behalf of someone else.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE

On or about September 6, 2013, in Duval County, in the Middle District of Florida,

**TEQUAN ANTHONY JOSEPH,**

the defendant herein, acquired a firearm, specifically, a Smith & Wesson, model SD40VE, .40 caliber pistol, serial number HET0989, from a federally licensed firearms dealer, namely, Shooters of Jacksonville, Inc., during which acquisition, the defendant made false or fictitious written statements intended or likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 11.a. on ATF Form 4473 which asks, "Are you the actual buyer of

the firearm(s) listed on this form?" when in fact the defendant was buying the firearm on behalf of someone else.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SIX

On or about September 26, 2013, in Duval County, in the Middle District of Florida,

TEQUAN ANTHONY JOSEPH,

the defendant herein, acquired a firearm, specifically, a Smith & Wesson, model SD40VE, .40 caliber pistol, serial number HEN3582, from a federally licensed firearms dealer, namely, Shooters of Jacksonville, Inc., during which acquisition, the defendant made false or fictitious written statements intended or likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 11.a. on ATF Form 4473 which asks, "Are you the actual buyer of the firearm(s) listed on this form?" when in fact the defendant was buying the firearm on behalf of someone else.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE

1.  The allegations contained in Counts One through Six of this Indictment are incorporated by reference for the purpose of alleging forfeitures under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of a violation of Title 18, United States Code, Section 922(a)(6) and/or 924(a)(2), the defendant shall forfeit to the United States, under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

2

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

TEQUAN ANTHONY JOSEPH

## INDICTMENT

Violations:

Counts 1-6:   Title 18, United States Code, Sections 922(a)(6) & 924(a)(2)

A true bill,

_____
Foreperson

Filed in open court this __12th__ day

of August, 2015.

_____
Clerk

Bail   $_____

GPO 863 525